nied. *Archibald Palmer* and *Max L. Rosenstein* for petitioner. *Morris M. Schnitzer* for respondent.

No. 157. TERRIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Sam R. Merrill* and *Philip D. Beall* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, John F. Davis* and *Felicia H. Dubrovsky* for the United States.

No. 160. STRATEGICAL DEMOLITION TORPEDO CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Frank E. Scrivener* and *Robert C. Hardwerk* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 161. CLINTON FOODS, INC. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. *Mark Candee* and *Stanley C. Morris* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *John T. Grigsby* for the United States, respondent.

No. 168. FRIEDMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William G. Comb* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 170. ILLINOIS CENTRAL RAILROAD CO. *v.* ALFORD ET AL. C. A. 5th Cir. Certiorari denied. *Joseph H. Wright, Charles A. Helsell, A. B. Freyer* and *M. C. Thompson* for petitioner.